RAFAEL A. BUSCAGLIA, TREASURER OF PUERTO RICO, Petitioner,
v. COURT OF TAX APPEALS, Respondent.

No. 1535.   Argued July 30, 1943.—Decided July 31, 1943.

M. Rodríguez Ramos, Acting Attorney General, and M. Velázquez
Flores, Deputy Attorney General, for petitioner.

MR. JUSTICE TODD, JR., delivered the opinion of the court.

We refused to issue the writ of certiorari sought by the Treasurer of Puerto Rico in this case because the question involved, that is, whether husband and wife in Puerto Rico, prior to January 1, 1940, were required to file a joint return, reporting the income of both, has been decided by us to the contrary in *Casals* v. *Sancho Bonet,* 53 P.R.R. 609 and *Ballester* v. *Court of Tax Appeals,* 61 P.R.R. 460, pursuant to §24(b) 1 of the Income Tax Act of 1925 (p. 400).

The petitioner has moved for a reconsideration of our refusal to issue the writ on the ground that the *Casals* case *suprà,* should be reversed.

In the *Ballester* case *supra,* we made an extensive study of this matter and, referring to the *Casals* case, we expressly held that:

". . . In speaking of 'separate income' at page 616 of that case, this court was merely referring to the fact that the Legislature had authorized the wife to report one-half of the community income in a separate return.   Neither that statutory provision nor the present provision for a single joint return *established any rule of property. Each was a method of reporting and calculating taxes and neither added to nor substracted from the substantive property rights as such of the respective parties.   . . .*"

We ratify our opinion that the Legislature of Puerto Rico had and has authority to require either a joint or sep-

arate return by husband and wife, and that in choosing either form, no rule of property is established.

The motion for reconsideration is denied.

Mr. Chief Justice Del Toro and Mr. Justice Travieso did not participate herein.